# CERTIFICATE OF SERVICE

**Case number: 0810205**

The following entities were served by 1st Class Mail.

**FRANCINE C WOLFE  4038 SAWMILL RD WOODLAWN, TN  37191**

ATTY:  MARK PODIS AND ASSOCIATES  1161 MURFREESBORO RD SUITE 300 NASHVILLE, TN  37217

BELL SOUTH  % CBS COL CLRK 121 W DUNBAR CAVE CLARKSVILLE, TN  37042

BELLSOUTH TELECOMMUNICATIONS  % CREDIT BUREAU SYSTEMS P O BOX 482 CLARKSVILLE, TN  37040

AAFES/MIL STAR/EXCHANGE  % CREDITORS BANKRUPTCY SERVICE P O BOX 740933 DALLAS, TX  75374

EAST BAY FUNDING LLC  % RESURGENT CAPITAL SERVICES P O BOX 288 GREENVILLE, SC  29603

5 STAR LIFE INS  % STUART ALLAN & ASSOCIATES 5447 E 5TH ST STE 110 TUCSON, AZ  85711

BANK ONE/B-LINE  % WEINSTEIN TREIGER & RILEY 2101 4TH AVENUE STE 900 SEATTLE, WA  98121

MARK PODIS AND ASSOCIATES  1161 MURFREESBORO RD SUITE 300 NASHVILLE, TN  37217

WILSON AND ASSOCIATES  1521 MERRILL DRIVE SUITE D-220 LITTLE ROCK, AR  72211

TRIAD FINANCIAL CORP  5201 RUFE SNOW DR STE 400 NORTH RICHLAND HILLS, TX  76180

STUART ALLAN & ASSOCIATES  5447 E 5TH ST STE 110 TUCSON, AZ  85711

CAMBECE LAW OFFICE  8 BOURBON ST PEABODY, MA  01960

CINGULAR WIRELESS  826 E PARK DR GRAYSON, KY  41143

BELLSOUTH TELECOMMUNICATIONS  85 ANNEX ATLANTA, GA  30385

GEMB/HOWARDS  ATTN BANKRUPTCY P O BOX 103106 ROSWELL, GA  30076

LOWES/MBGA  ATTN BANKRUPTCY DEPT P O BOX 103104 ROSWELL, GA  30076

CITIBANK/SEARS  ATTN: CENTRALIZED BKRTCY P O BOX 20507 KANSAS CITY, MO  64195

HSBC/KMART  BANKRUPTCY P O BOX 15522 WILMINGTON, DE  19850

WILSON AND ASSOCIATES PLLC  CREEKSIDE CROSSING III 8 CADILLAC DRIVE SUITE 120 Brentwood, TN  37027-7027

B-FIRST LLC  MAIL STOP 550 2101 FOURTH AVENUE STE 900 SEATTLE, WA  98121

ROUNDUP FUNDING LLC  MS 550 P O BOX 91121 SEATTLE, WA  98111

PORTFOLIO RECOVERY  P O BOX 12914 NORFOLK, VA  23541

RESIDENTIAL CREDIT SOLUTIONS  P O BOX 163229 FORT WORTH, TX  76161-3229

PORTFOLIO RECOVERY ASSOCIATES LLC  P O BOX 41067 NORFOLK, VA  23541

SEARS/CBSD

UNITED RECOVERY SYSTEMS  P O BOX 630339 HOUSTON, TX  77263

RESIDENTIAL CREDIT SOLUTIONS  P O BOX 78954 PHOENIX, AZ  85062-8954

FIRST USA BANK  P O BOX 94014 PALATINE, IL  60094

FAIRFIELD RESORTS  P O BOX 98940 LAS VEGAS, NV  89193

LVNV FUNDING LLC  RESURGENT CAPITAL SERVICES P O BOX 10587 GREENVILLE, SC  29603

**I declare under the penalty of perjury that I have served theChapter 13 Trustee's Final Report on the above listed entities, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Signature:**   **/s/ Henry E Hildebrand, III**

**Date: Oct 04, 2013**                                                                                                          **Chapter 13 Trustee**